**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


MARITZA ROMAN,

       Plaintiff,

v.                                    Case No:  6:16-cv-1992-Orl-40GJK

VASANT PATEL, HAWAIIAN COURT
HOSPITALITY, LLC, PINNACLE
HOLDINGS X, LLC, EOC SOLUTIONS,
INC. and M&M CLEANING, USA, INC.,

       Defendants.

_____/

## ORDER

This cause is before the Court on the Joint Motion for Judicial Approval of the

Parties' Settlement Agreement and Dismissal of the Action (Doc. 50) filed on May 18,

2017. The United States Magistrate Judge has submitted a report recommending that the

motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that

the parties filed a Notice of Non-Objection (Doc. 52), the Court agrees entirely with the

findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed May 19, 2017 (Doc. 51), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Judicial Approval of the Parties' Settlement Agreement

and Dismissal of the Action (Doc. 50) is **GRANTED IN PART AND DENIED IN PART**.

3.     The confidentiality provision is **STRICKEN** from the Agreement.

4. The Motion (Doc. 50) is **GRANTED** to the extent that the Court finds the Settlement Agreement (Doc. 50-1), with the modification set forth above, to be a fair and reasonable compromise of Plaintiff's FLSA claims.

5. The Motion is otherwise **DENIED**.

6. This case is **DISMISSED with prejudice**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 22, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties